IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CEDRIC DUPREE, #N63566, | ) |
| Plaintiff, | ) |
| vs. | ) No. 08-1180 |
| LARRY DEATHERAGE, et al., | ) |
| Defendants. | ) |

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES**
**TO PLAINTIFF'S AMENDED COMPLAINT**

NOW COMES the Defendant, BRADLEY KNIGHT, by and through his attorney, Lisa Madigan, Attorney General of the State of Illinois, and hereby answers Plaintiff's Amended Complaint as follows:

Pursuant to this Court's Case Management Order #3 (Court doc. 127), the Plaintiff states the following federal claim: that Defendant Knight violated the Plaintiff's First and Eighth Amendment rights on March 16, 2006, when he allowed an inmate to assault the Plaintiff, refused the Plaintiff medical attention for his injuries, and acted in retaliation for previous lawsuits and grievances.

1. Defendant denies violating the Plaintiff's First or Eighth Amendment rights. Specifically, Defendant denies allowing an inmate to assault the Plaintiff on March 16, 2006; Defendant also denies being deliberately indifferent to a serious medical need; and he denies conducting any such action in retaliation for Plaintiff's previous lawsuits and grievances.

**RELIEF REQUESTED**

A.  Defendant denies that Plaintiff is entitled to a declaratory judgment.

B.  Defendant denies that Plaintiff is entitled to any equitable relief.

    C.    Defendant denies that Plaintiff is entitled to compensatory damages.

    D.    Defendant denies that Plaintiff is entitled to punitive damages.

    E.    Defendant denies that Plaintiff is entitled to any relief requested in the complaint.

## AFFIRMATIVE DEFENSES

### A. Statute of Limitations

Defendant asserts that the incidents described are barred by the statute of limitations.

### B. Qualified Immunity

At all times relevant to Plaintiff's claims, the Defendant charged herein acted in good faith in the performance of his official duties without violating Plaintiff's clearly established constitutional rights. Defendant is protected from liability by the doctrine of qualified immunity.

### C. Sovereign Immunity

To the extent Plaintiff is suing the Defendant for damages in his official capacity, his claim is barred by sovereign immunity and the Eleventh Amendment.

    Respectfully submitted,

    BRADLEY KNIGHT,

    Defendant,

    LISA MADIGAN, Attorney General,
    State of Illinois

By:  s/ Lisa Behle
    Lisa Behle, #6298233
    Assistant Attorney General
    Attorney for Defendant
    500 South Second Street
    Springfield, Illinois 62706
    (217) 782-9026 Phone
    (217) 524-5091 Fax
    E-Mail: lbehle@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| CEDRIC DUPREE, #N63566, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08-1180 |
| | ) | |
| LARRY DEATHERAGE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2010, I electronically filed Defendant's Answer and Affirmative Defenses to Plaintiff's Amended Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Michael J. Charysh
mcharysh@clsaw-chicago.com

and I hereby certify that on October 25, 2010, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

Cedric Dupree, #N63566
Pontiac Correctional Center
700 W. Lincoln Street
Post Office Box 99
Pontiac, Illinois 61764

Respectfully Submitted,

s/ Lisa Behle
Lisa Behle, #6298233
Assistant Attorney General
Attorney for Defendant
500 South Second Street
Springfield, Illinois  62706
(217) 782-9026  Phone
(217) 524-5091  Fax
E-Mail:  lbehle@atg.state.il.us