Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| **Cedric Dupree** | ) | |
| | ) | |
| | ) | |
| vs. | ) | Case Number: **08-1180** |
| | ) | |
| **Lt. Deatherage; Ms. Gragert; C/O Gavin; Nurse Terri Arroyo; C/O Blackwell; C/O Hellen Hamilton; Counselor Sandra Russell; Lt Gish; C/O Whittaker; CMT Young; Dr. Arthur Funk; C/O Clause; C/O Ware; C/O Smithson; Lt Echart; Lt Punke; Larry Beck; C/O Gerberdine; C/O Scott; C/O Burges; Sgt Khuse; C/O McBurney; C/O Maddox; Lt Glenn French; Lt Reggie Brewer; C/O Halley; Sgt Leonard; Dr Kowalkowski; C/O Lindsey; Sgt Potts; C/O Gaines; Roger Walker, Director of IL Department of Corrections; C/O R Fairall; CMT Brown; C/O Jewles Maxfield; Warden Guy Pierce; R Hastings; C/O Woods; C/O Gardner; C/O Richards; Dr Fletcher; C/O Salzman; Dr Coco; C/O R Lindsey; C/O Ramsey; Dr Smith; Dave Lingle; C/O M White; C/O Kenneth Mottershaw; Lt Judy Ellinger; C/O Jack Libby; C/O Jack Overfelt; C/O Holycross; Dr Chow; C/O Lane; C/O Jones; D Barthold; C/O Trovera; C/O King; C/O Fritsche; C/O Gestner; C/O Troyer; C/O Dicks; Marge Habb, Mailroom Supervisor of PCC; Mjr Quinley; Lt Cronnie; C/O R. Hitchens; C/O Loyd; Lt Benny Dallas; Lt Todd; C/O Yusko; C/O Tangerman; C/O C/O Painter; C/O Prentice; C/O Mary Fritzelle; C/O Mr Dawson; Warden Eddie; Jones; C/O Brubacker; Supt Mike Melvin; Peggy Parker; Warden Joseph Mathy; Steve Endres; C/O Small; C/O Newhall; C/O Boase; Warden Lt Hardy; Nick Sullivan; Karen Beecher; C/O Trainor; Lt Delong; Stephen Mote, Warden; C/O Riccalo; Michelle Clark; C/O Bruce** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

| | |
|---|---|
| **Brand; G Jones; John Garlick; C/O Leo Smith;** | ) |
| **Wayne Germaine; C/O Bohm; Dr Vade; Angus** | ) |
| **Alton; C/O Gilbert;  C/O Dunzan; Paula Rich;** | ) |
| **Lt Johnson; Dr Larson; Richard Runyon; C/O** | ) |
| **Gerdes; Mark Spencer; C/O Mary Hodge; C/O** | ) |
| **Teske; Karen Zehr; C/O Bennette; C/O Keith;** | ) |
| **C/O Townsend; C/O Paul; C/O Chalkey; C/O** | ) |
| **Baker; C/O Henderson; C/O Eileer; C/O Sipple;** | ) |
| **CMT Christine Beasley; C/O Knight; C/O R** | ) |
| **Allen; C/O Forbes; C/O Troyer; C/O Vilt; C/O** | ) |
| **Joseph Lewis; Lt Evans; Dr. S Mahone, Medical** | ) |
| **Director; Lt Shaw; Nurse Joel; Prisoner Review** | ) |
| **Board, in their individual capacities** | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT**.  This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to filing of First Amended Complaint filed on July 8, 2009, Defendants Gragert, Gavin, Prisoner Review Board, Hellen Hamilton, Sandra Russell, Young, Arthur Funk, Clause, Ware, Echart, Punke, Larry Beck, C/O Gerberdine, Scott, Burges, Khuse, McBurney, Maddox, Glenn French, Reggie Brewer, Halley, Leonard, Kowalkowski, Lindsey, Potts, Gaines,  C/O R Fairall, Brown, Jewles Maxfield, R Hastings, Woods, Gardner, Richards, Fletcher, Salzman, Dr Coco, R Lindsey, Ramsey, Smith, Dave Lingle, M White, Holycross, Chow, Jones, D Barthold, Trovera, Kling, Fritsche, Gestner, Troyer, Dicks, Marge Habb, Cronnie, Hitchens, Loyd, Benny Dallas,  Yuscko, Tangerman, C/O Painter, Mary Fritzelle, Dawson,  Brubaker, Mike Melvin, Peggy Parker, Steve Endres, Small, Newhall, Boase, Lt Hardy, Nick Sullivan, Karen Beecher, Delong, Riccalo, Michelle Clark, G Jones, John Garlick, Leo Smith, Wayne Germaine, Angus, Alton, Paula Rich, Johnson, Larson, Richard Runyon, Gerdes, Mark Spencer, Teske, Karen Zehr, Bennette, Keith, Townsend, Paul, Chalkey, Baker, and C/O Hendrixson are terminted. Pursuant to Case Management Order #3 Derfendants Deatherage, Terri Arroyo, Blackwell, Gish, Whittaker, Smithson, Roger Walker, Guy Pierce, Kenneth Mottershaw, Judy Ellinger, Jack Libby, Jack Overfelt, Lane, Quinley, Todd, Prentice, Eddie Jones, Joseph Mathy, Trainor, Stephen Mote, Bruce Brand, Bohm, Dr. Vade, Gilbert, Dunzan, Mary Hodge, Eileer, Sipple, Christine Beasley, R Allen, Forbes, Troyer, Vilt, Joseph Lewis, Evans, Dr. S. Mahone, Shaw, and Joel are terminated. Pursuant to Summary Judgment Order entered on July 6, 2011, judgment is entered in favor of Defendant Knight and against Plaintiff Cedric Dupree pursuant to Fed. R. Civ. P. 56.  Parties to bear their own costs.

**Dated:**  7/12/2011

                                                s/ Pamela E. Robinson
                                                Pamela E. Robinson
                                                Clerk, U.S. District Court